IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 3753 |
| FENCE CONNECTION, INC., an Illinois corporation, | ) ) ) ) | JUDGE MANISH S. SHAH |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 2, 2017, request this Court enter judgment against Defendant, FENCE CONNECTION, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On August 2, 2017, this Court entered default against Defendant.

2. On November 3, 2015 and March 17, 2016, Plaintiffs' auditors conducted an audit of the Defendant's payroll books and records for the time period April 1, 2014 through December 31, 2015.

3. On or about November 29, 2016, the auditors revised the audit report. The revised audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $15,976.85. (See Affidavit of Joseph J. Burke).

4. Additionally, the amount of $5,670.32 is due for liquidated damages. (Burke Aff. Par. 6). Plaintiffs' auditing firm of Legacy Professionals, LLP charged Plaintiffs $3,070.76 to

perform the audit examination, complete the report and revise the audit findings. (Burke Aff. Par. 7).

5. In addition, the amount of $195.47 is due for liquidated damages for Defendant's untimely payment of the fringe benefit contributions due for the month of March 2017. (Burke Aff. Par. 8).

6. Plaintiffs' firm has expended $485.00 in costs and $1,425.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $26,823.40.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $26,823.40.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Fence Connection\motion for entry of judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>10th</u> day of <u>August 2017</u>:

        Mr. Juan Escobar, Registered Agent/President
        Fence Connection, Inc.
        970 Villa Street
        Elgin, IL   60120

        /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Fence Connection\motion for entry of judgment.pnr.df.wpd